Richard A. Dove
Secretary of the Commission
Date: January 19, 1999

*Wednesday, January 20, 1999*

## MERIT DOCKET

**98–1926. State v. Toda.**
Wood App. No. WD–97–111. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed. See *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2195. State ex rel. Ellis v. O'Neill.**
In Mandamus and Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2196. State ex rel. Henry v. Fifth Appellate Judicial Court.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2200. State ex rel. Miller v. Judges of the Lorain Cty. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2289. State v. Keirns.**
Lucas App. No. L–97–1414. *Sua sponte*, cause dismissed.
  MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
  RESNICK, J., not participating.

**98–2373. Garrett v. Taft.**
In Mandamus. On motion to dismiss of Robert A. Taft II and motion to dismiss of Ross County Board of Elections. Motions to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2385. State ex rel. Wyckhouse v. Muehlfeld.**
In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2434. State ex rel. Troutman v. Ninth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss and on motion for summary judgment. Motion to dismiss sustained. Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2466. State ex rel. Hadox v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte*, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2467. State ex rel. Doyle v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte*, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2526. State ex rel. Morehouse v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte*, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.